UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Kevin Christopher

                                        Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -mag- 10667   ( ) ( )

Defendant _Kevin Christoper_____ hereby voluntarily consents to participate in the following proceeding via __x_ videoconferencing or _x__ teleconferencing:

____ Initial Appearance Before a Judicial Officer

__X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

____ Conference Before a Judicial Officer


Kevin Christopher by *Susanne Brody*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Susanne Brody*
Defendant's Counsel's Signature

Kevin Christopher
Print Defendant's Name

Susanne Brody
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

March 8, 2021
Date

Andrew E. Krause

~~Judith M. McCarthy~~, U.S. Magistrate Judge
Southern District of New York

| CJA 23 (Rev. 11/11) | **FINANCIAL AFFIDAVIT** |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

IN THE UNITED STATES ☑ DISTRICT COURT  ☐ COURT OF APPEALS  ☐ OTHER (Specify below)

IN THE CASE OF: United States v. Vasquez

FOR: 
AT:

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Germosen Vasquez

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge: 
District Court: 21-cr-115
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): 21 USC 841(b)(1)(B); 18 USC 1956(a)(1)(A)(i) and (B)(i)
☐ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? 02/2020
How much did you earn per month? $ 2,000.00
If married, is your spouse employed? ☐ Yes ☐ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, give the amount received and identify the sources

RECEIVED: $ ___ $ ___ $ ___
SOURCES: _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, total amount? $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, give value and description for each
VALUE: $ ___
DESCRIPTION: ___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
___ Single
___ Married
___ Widowed
✓ Separated or Divorced
Total No. of Dependents: ___

List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

_/s/ Howard E. Tanner_ (Signed by counsel with defendant's consent)
SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

Date: 03/08/2021

APPROVED: _Andrew Krause_
U.S.M.J., 3/8/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Germosen Vasquez

                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

21-cr-115

Defendant Germosen Vasquez hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☒     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

_Germosen Vasquez /By AEK, with permission_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Germosen Vasquez
Print Defendant's Name

_Howard E. Tanner_
Defendant's Counsel's Signature

Howard E. Tanner
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/8/21
Date

_Andrew Krause_
~~U.S. District Judge~~/U.S. Magistrate Judge