# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

> Application granted. Defendant's sentencing has been adjourned to October 27, 2021 at 12:00 p.m. in a courtroom to be determined. Any written submissions by defendant shall be filed by October 13, 2021, and the government's response shall be filed by October 20, 2021. The Clerk of Court is respectfully requested to terminate the letter-motion (Doc. 30).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           July 29, 2021

[VIA ECF AND EMAIL]

The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. Kevin Christopher*, 7:21-cr-00151-PMH

Dear Judge Halpern:

I write regarding the above captioned matter to request an adjournment of the sentencing currently set for August 17, 2021, at 11:00 a.m., to a date and time in mid-September 2021 or early October.

I joined the Federal Defenders Office approximately two weeks ago and have taken over many cases, including this one, from Susanne Brody. I am in the process of familiarizing myself with Ms. Brody's cases and the practices in the Southern District of New York. I respectfully request additional time in this matter as it would allow me to familiarize myself with the file and Mr. Christopher in order to best advocate for him at sentencing. It would also provide me an opportunity to meet with him in person to more thoroughly discuss his case in advance of sentencing.

I have consulted with Mr. Christopher and he has no objection to this request. I have also consulted with Assistant United States Attorney T. Josiah Pertz and he consents to the instant request for an adjournment. The parties also jointly consent to the exclusion of time.

Respectfully submitted,

Elizabeth K. Quinn
Counsel for Mr. Christopher

cc: T. Josiah Pertz, A.U.S.A. (via electronic mail)