UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **Order of Restitution** |
| v. | **21 Cr. 151 (PMH)** |
| Kevin Christopher, | |
| Defendant. | |

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, T. Josiah Pertz, Assistant United States Attorney, of counsel; and based on information attained as a result of the presentence report; the Defendant's guilty plea on Count One of the Information and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Kevin Christopher, the Defendant, shall pay restitution in the total amount of $469,411.02 to the victims of the offense charged in Count One. The names, addresses, and specific amounts owed to the victims is set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Victims.** At this time, the Federal Bureau of Investigation ("FBI") has only been able to identify one victim eligible for restitution, as reflected in the attached schedule.

**3. Sealing.** Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: White Plains, New York

10/28/21

THE HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America | **Schedule of Victims** |
| v. | |
| Kevin Christopher, | **21 Cr. 151 (PMH)** |
| Defendant. | |

| Name | Address | Amount of Restitution |
|---|---|---|
| St. John's Riverside Hospital | 967 N Broadway<br>Yonkers, NY 10701-1301 | $469,411.02 |
| **Total** | | $469,411.02 |