UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
  UNITED STATES OF AMERICA,

  v.

  KEVIN CHRISTOPHER,

                            Defendant.
-----------------------------------------------------------X

**ORDER**

21-CR-00151 (PMH)

PHILIP M. HALPERN, United States District Judge:

      By letter dated May 21, 2022, docketed on June 7, 2022, Defendant Kevin Christopher filed a *pro se* motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (Doc. 45). To date, no response from the Government has been received.

      Accordingly, should the Government be so advised, it shall file a response to Defendant's motion by July 11, 2022. Defendant may thereafter file a reply within thirty days from the date he is served with the Government's response, if any.

      The Government is directed to mail a copy of this Order to Defendant and file proof of such service.

                                                    **SO ORDERED:**

Dated:  White Plains, New York
         June 27, 2022

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge