

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 27, 2022

**BY ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

    Re:    **United States v. Kevin Christopher, 21 Cr. 151 (PMH)**

Dear Judge Halpern:

    The Government respectfully writes to inform the Court that a copy of the Court's order of June 27, 2022, ECF No. 46, has been sent today by certified mail to the defendant in the above-captioned matter.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                  United States Attorney for the
                                  Southern District of New York

                     by:  /s/ T. Josiah Pertz
                          T. Josiah Pertz
                          Assistant United States Attorney
                          (914) 993-1966