Philip M. Halpern U.S District Judge
United States of America v. Kevin Christopher
United States District court
Southern district of New York,

21Cr151

    I am writing to You Today to to Request that an attorney be appointed to Represent me in my motion Filed May 21st 2022 and Docketed on June 7th 2022. I do not wish, nor intend, to Represent myself in This matter as I do not have enough legal experience to do so. I would Like an attorney appointed Because I Lack The Funds To hire an attorney.

Signed *Kevin Christopher*

RECEIVED JUL 07 2022 U.S.D.C. W.P.

---

The Court grants Defendant's request and appoints his prior defense counsel, Elizabeth Quinn of the Federal Defenders, as counsel for the purpose of Defendant's motion for compassionate release. The Clerk of Court is respectfully requested to mail a copy of this Order to Defendant Kevin Christopher, #11408-509, FCI Danbury, 33 1/2 Pembroke Road, Danbury, CT  06811; and note service on the docket.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
    July 8, 2022