UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
  UNITED STATES OF AMERICA,

  v.

  KEVIN CHRISTOPHER,

                              Defendant.
-----------------------------------------------------------X

**ORDER**

21-CR-00151 (PMH)

PHILIP M. HALPERN, United States District Judge:

On January 10, 2023, defendant Kevin Christopher, proceeding *pro se*, filed a second motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)[1] dated December 22, 2022. (Doc. 55).

The Government's response to Defendant's motion, if any, shall be filed by February 10, 2023. Defendant may thereafter file a reply within thirty days from the date he is served with the Government's response, if any.

The Government is directed to mail a copy of this Order to Defendant and file proof of such service.

SO ORDERED:

Dated: White Plains, New York
       January 11, 2023

_____
Philip M. Halpern
United States District Judge

---

[1] Defendant's first motion for compassionate release was denied by Memorandum Opinion and Order on September 28, 2022. (Doc. 54).