

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main St. Suite 1100*
*White Plains, New York 10601*

January 19, 2023

**BY ECF**
Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

    Re:    <u>**United States v. Kevin Christopher, 21 Cr. 151 (PMH)**</u>

Dear Judge Halpern:

    Per the Court's order of January 18, 2023 (ECF No. 58), the Government respectfully writes to inform the Court that it has caused to be mailed, by U.S.P.S. certified mail, (i) the Court's order of January 11, 2023 (ECF No. 56), and (ii) the Government's opposition to the defendant's compassionate release motion dated January 17, 23 (ECF No. 57), to the defendant in the above-captioned matter, at the following address:

    Kevin Christopher, No. 11408-509
    FMC DEVENS
    FEDERAL MEDICAL CENTER
    P.O. BOX 879
    AYER, MA  01432

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                    United States Attorney for the
                                    Southern District of New York

                by:   <u>/s/ T. Josiah Pertz</u>
                      T. Josiah Pertz
                      Assistant United States Attorney
                      (914) 993-1966