# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*

> Application granted. Mr. Christopher's supervised release conditions are modified such that he is permitted to travel on the family reunion cruise to the Bahamas on August 9, 2024 and return by August 18, 2024.
>
> SO ORDERED.
>
> /s/ Philip M. Halpern
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 14, 2024

March [date]

**VIA ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Kevin Christopher*, 21-cr-151 (PMH)

Dear Honorable Judge Halpern:

I write to request that Mr. Christopher be permitted to travel to attend a family reunion cruise on August 9, 2024 to August 18, 2024.

Mr. Christopher has been on supervision since October 5, 2023, and is being supervised by the District of Connecticut. He has been compliant with his conditions during that time and has begun good faith payments towards his restitution. Mr. Christopher wishes to attend a family reunion cruise to the Bahamas with his family. His aunt has offered to cover the costs of the trip for him to attend. Mr. Christopher's probation conditions include a travel restriction with permission to travel upon the approval of either his probation officer or the Court. I have conferred with his supervising officer, United States Probation Officer Marina Davila. Given this request is for international travel, she asked counsel to contact the Court for permission. I have consulted with both his probation officer and the government. Neither take a position regarding this request.

Therefore, Mr. Christopher respectfully requests permission to attend his family reunion as outlined above.

Respectfully submitted,

/s/ Elizabeth K. Quinn
Elizabeth K. Quinn
Assistant Federal Defender

cc: T. Josiah Pertz, AUSA